No. 389. DUNCAN *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 416. PAPPAS *v.* MICHIGAN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 169. CASH *v.* HUFF, GENERAL SUPERINTENDENT. October 9, 1944. Motion to substitute Gill as the party respondent granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Albert E. Cash, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 173. MASON *v.* WEBB, SUPERINTENDENT. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Washington denied for want of a final judgment.

No. 223. MASON *v.* WEBB, SUPERINTENDENT. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Washington denied for want of a reviewable judgment of the highest court of the State.

No. 248. MASON *v.* WEBB, SUPERINTENDENT. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 185. MITCHELL *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court